UINTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
At White Plains

-------------------------------------------------x

**MEMO ENDORSED**

CHRIS RYDER, an individual:    CASE NO. CV: 12-cv-6875 (CS)

**Plaintiff**

VS.

TRUE VALUE HARDWARE, INC (#1)
And:
TRUE VALUE HARDWARE COMPANY, NATIONAL (#2)
And;
LUX PRODUCTS, INC (#3)
And;
VILLAGE HARDWARE, INC (#4)
And;
C.P.C. LOGISTICS, INC[1] (#5)
And;
ORBIT/EME MANUFACTURING, INC[2] (#6)
And;
PENSKE TRUCK LEASING, INC (#7)
And;
MICROCHIP TECHNOLOGY, INC (#8)
And;
TRUE VALUE DISTRIBUTION, INC (#9)

**Defendants**

-------------------------------------------------x

MOTION IN
OPPOSITION TO
DEFENDANT WIN
LUX MOTION TO
DISMISS AND
CROSS-CLAIM
EME(NEVADA)

*To the extent this document and Doc. 12 are motions, they are denied without prejudice to renewal following a premotion conference per my Individual Rules of Practice. The Clerk shall terminate Docs. 12 and 13.*

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 10/18/12

Defendant WIN LUX Products, Inc. did file with this Court a Cross Claim and a consolidated 'Motion to Dismiss on or about October 4, 2012 wherein this Defendant seeks dismissal of the Plaintiff's claim and requests that this Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/12

---
[1] Consolidated Personnel Corporation
[2] Edwin McAuley Electronics Limited (EME)