UINTED STATES DISTRICT COURT<br>
FOR THE SOUTHERN DISTRICT OF NEW YORK<br>
At White Plains

-----------------------------------------------x

CHRIS RYDER, an individual:        CASE NO. CV:<u>12-cv-6875-CS</u>

      **Plaintiff**

VS.

**TRUE VALUE HARDWARE, INC , ET AL**
-----------------------------------------------x

## MOTION FOR COURT'S PERMISSION TO FILE ELECTRONICALLY

The Plaintiff hereby requests that the Court issue an Order granting the Plaintiff permission to file documents, motions, amended complaints and other documents relative to the case at bar electronically. Plaintiff avers that he has taken the ECF training course and is adequately versed in the use of the Pacer system. Given the complexity of the case, the number of defendants and the potential for multi-jurisdictional classification, electronic filing in this present case offers substantial utility to all parties, the Court included.

Respectfully submitted:

*[signature]*

Chris Ryder, Pro Per

Box 4702

Glenville, Conn 06831

Ph: 787-587-7211

Fax: 202-318-4050