UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CHRIS RYDER,

                    Plaintiff,

-against-

TRUE VALUE HARDWARE, INC., TRUE VALUE
HARDWARE COMPANY, NATIONAL, LUX
PRODUCTS, INC., VILLAGE HARDWARE, INC.,
C.P.C. LOGISTICS, INC., EME NEVADA, INC.,
PENSKE TRUCK LEASING, INC., MICROCHIP
TECHNOLOGY, INC. AND TRUE VALUE
DISTRIBUTION, INC.,

                    Defendants.
------------------------------------------------------------------ X

**STATEMENT PURSUANT TO RULE 7.1**

Docket No.: 12-cv-06875-CS

Pursuant to Federal Rule of Civil Procedure 7.1 {formerly Local General Rule 1.9} and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **EME NEVADA, INC.** (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Elmsford, New York
       October 31, 2012

By: _____
James M. Skelly (JMS/4844)

**MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.**
Attorneys for Defendant
**EME NEVADA, INC.**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 447.94520

TO:

Chris Ryder - *Plaintiff Pro Se*
Box 4702
Glenville, Connecticut 06831
(787) 587-7211

{NY159868.1}

David A. Glazer, Esq.
**SHAFER GLAZER, LLP**
Attorneys for Defendant
**LUX PRODUCTS, INC**
90 John Street - Suite 701
New York, New York 10038-3202
(212) 267-0011
File No.: 229-00132

Tonia Maria Ouellette Klausner, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
Attorneys for Defendant
**MICROCHIP TECHNOLOGY, INC**
1301 Avenue of The Americas - 40th Floor
New York, New York 10019-6022
(212)-999-5800

Beth Dana Simon, Esq.
**ANDERSON KILL & OLICK, P.C.**
Attorneys for Defendant
**TRUE VALUE COMPANY**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**TRUE VALUE HARDWARE, INC.**
488 Mamaroneck Avenue
White Plains, New York
*Defendant Not Yet Answered*

**TRUE VALUE HARDWARE COMPANY, NATIONAL**
8600 W. Bryn Mawr Avenue
Chicago, IL
*Defendant Not Yet Answered*

**VILLAGE HARDWARE, INC**
32 Newtown Lane
E. Hampton, New York
*Defendant Not Yet Answered*

**C.P.C. LOGISTICS, INC**
100 Tower Drive
Burr Ridge, IL
*Defendant Not Yet Answered*

**PENSKE TRUCK LEASING, INC**
Rt 10 Green Hills
Reading, PA
*Defendant Not Yet Answered*

**TRUE VALUE DISTRIBUTION, INC**
7058 Snowdrift Road
Allentown, PA 18106
*Defendant Not Yet Answered*

**ORBIT/EME MANUFACTURING, INC**
*Terminated via Stipulation on 10/11/12*

{NY159868.1}                                    3

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            : ss.:
COUNTY OF WESTCHESTER       )

MARTHA AGIS, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York.

On the 1st day of November, 2012 deponent served the within **STATEMENT PURSUANT TO RULE 7.1** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:

Chris Ryder - *Plaintiff Pro Se*
Box 4702
Glenville, Connecticut 06831
(787) 587-7211

David A. Glazer, Esq.
**SHAFER GLAZER, LLP**
Attorneys for Defendant
**LUX PRODUCTS, INC**
90 John Street - Suite 701
New York, New York 10038-3202
(212) 267-0011
File No.: 229-00132

Tonia Maria Ouellette Klausner, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
Attorneys for Defendant
**MICROCHIP TECHNOLOGY, INC**
1301 Avenue of The Americas - 40th Floor
New York, New York 10019-6022
(212)-999-5800

Beth Dana Simon, Esq.
**ANDERSON KILL & OLICK, P.C.**
Attorneys for Defendant
**TRUE VALUE COMPANY**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

{NY159868.1}

**TRUE VALUE HARDWARE, INC.**
488 Mamaroneck Avenue
White Plains, New York
*Defendant Not Yet Answered*

**TRUE VALUE HARDWARE COMPANY, NATIONAL**
8600 W. Bryn Mawr Avenue
Chicago, IL
*Defendant Not Yet Answered*

**VILLAGE HARDWARE, INC**
32 Newtown Lane
E. Hampton, New York
*Defendant Not Yet Answered*

**C.P.C. LOGISTICS, INC**
100 Tower Drive
Burr Ridge, IL
*Defendant Not Yet Answered*

**PENSKE TRUCK LEASING, INC**
Rt 10 Green Hills
Reading, PA
*Defendant Not Yet Answered*

**TRUE VALUE DISTRIBUTION, INC**
7058 Snowdrift Road
Allentown, PA 18106
*Defendant Not Yet Answered*

**ORBIT/EME MANUFACTURING, INC**
*Terminated via Stipulation on 10/11/12*

_____
MARTHA AGIS

Sworn to before me on the
1st day of November, 2012

_____
NOTARY PUBLIC

DONNA M. SANTANIELLO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXP. JULY 27, 2013
01SA4896839

{NY159868.1}                               5