UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CHRIS RYDER,

                        Plaintiff,

        -against-

TRUE VALUE HARDWARE, INC., TRUE VALUE
HARDWARE COMPANY, NATIONAL, LUX
PRODUCTS, INC., VILLAGE HARDWARE, INC.,
C.P.C. LOGISTICS, INC., EME NEVADA, INC.,
PENSKE TRUCK LEASING, INC., MICROCHIP
TECHNOLOGY, INC. AND TRUE VALUE
DISTRIBUTION, INC.,

                  Defendants.
------------------------------------------------------------------- X

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF**

Docket No.: 12-cv-06875-CS

**PLEASE TAKE NOTICE**, that pursuant to Federal Rules of Civil Procedure, the defendant, **EME NEVADA, INC.**, will take the testimony of plaintiff before a Notary Public as to all relevant facts and circumstances in connection with the cause of action and allegations herein including liability and damages, on the 28th day of December, 2012 at 10:00 in the forenoon of that day at the law offices of **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**, 530 Saw Mill River Road, Elmsford, New York 10523.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Federal Rules of Civil Procedure, the parties to be deposed are directed to produce at this examination, for the purpose of refreshing their recollections and for examinations, inspection and copying, all records, books, photographs, documents, correspondence and other writings and papers in their possession or

{NY159869.1}

available to them, which relate to the matters herein on which the parties are to be examined under this notice.

Dated: Elmsford, New York
       October 31, 2012

By: _____
James M. Skelly (JMS/4844)

**MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.**
Attorneys for Defendant
**EME NEVADA, INC.**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 447.94520

TO:

Chris Ryder - *Plaintiff Pro Se*
Box 4702
Glenville, Connecticut 06831
(787) 587-7211

David A. Glazer, Esq.
**SHAFER GLAZER, LLP**
Attorneys for Defendant
**LUX PRODUCTS, INC**
90 John Street - Suite 701
New York, New York 10038-3202
(212) 267-0011
File No.: 229-00132

Tonia Maria Ouellette Klausner, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
Attorneys for Defendant
**MICROCHIP TECHNOLOGY, INC**
1301 Avenue of The Americas - 40th Floor
New York, New York 10019-6022
(212)-999-5800

Beth Dana Simon, Esq.
**ANDERSON KILL & OLICK, P.C.**
Attorneys for Defendant
**TRUE VALUE COMPANY**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**TRUE VALUE HARDWARE, INC.**
488 Mamaroneck Avenue
White Plains, New York
*Defendant Not Yet Answered*

**TRUE VALUE HARDWARE COMPANY, NATIONAL**
8600 W. Bryn Mawr Avenue
Chicago, IL
*Defendant Not Yet Answered*

**VILLAGE HARDWARE, INC**
32 Newtown Lane
E. Hampton, New York
*Defendant Not Yet Answered*

**C.P.C. LOGISTICS, INC**
100 Tower Drive
Burr Ridge, IL
*Defendant Not Yet Answered*

**PENSKE TRUCK LEASING, INC**
Rt 10 Green Hills
Reading, PA
*Defendant Not Yet Answered*

**TRUE VALUE DISTRIBUTION, INC**
7058 Snowdrift Road
Allentown, PA 18106
*Defendant Not Yet Answered*

**ORBIT/EME MANUFACTURING, INC**
*Terminated via Stipulation on 10/11/12*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF WESTCHESTER        )

    MARTHA AGIS, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York.

    On the 1st day of November, 2012 deponent served the within **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION OF PLAINTIFF** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

**TO:**

Chris Ryder - *Plaintiff Pro Se*
Box 4702
Glenville, Connecticut 06831
(787) 587-7211

David A. Glazer, Esq.
**SHAFER GLAZER, LLP**
Attorneys for Defendant
**LUX PRODUCTS, INC**
90 John Street - Suite 701
New York, New York 10038-3202
(212) 267-0011
File No.: 229-00132

Tonia Maria Ouellette Klausner, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
Attorneys for Defendant
**MICROCHIP TECHNOLOGY, INC**
1301 Avenue of The Americas - 40th Floor
New York, New York 10019-6022
(212)-999-5800

Beth Dana Simon, Esq.
**ANDERSON KILL & OLICK, P.C.**
Attorneys for Defendant
**TRUE VALUE COMPANY**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**TRUE VALUE HARDWARE, INC.**
488 Mamaroneck Avenue
White Plains, New York
*Defendant Not Yet Answered*

**TRUE VALUE HARDWARE COMPANY, NATIONAL**
8600 W. Bryn Mawr Avenue
Chicago, IL
*Defendant Not Yet Answered*

**VILLAGE HARDWARE, INC**
32 Newtown Lane
E. Hampton, New York
*Defendant Not Yet Answered*

**C.P.C. LOGISTICS, INC**
100 Tower Drive
Burr Ridge, IL
*Defendant Not Yet Answered*

**PENSKE TRUCK LEASING, INC**
Rt 10 Green Hills
Reading, PA
*Defendant Not Yet Answered*

**TRUE VALUE DISTRIBUTION, INC**
7058 Snowdrift Road
Allentown, PA 18106
*Defendant Not Yet Answered*

**ORBIT/EME MANUFACTURING, INC**
*Terminated via Stipulation on 10/11/12*

_____
MARTHA AGIS

Sworn to before me on the
1st day of November, 2012

_____
NOTARY PUBLIC

DONNA M. SANTANIELLO
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN PUTNAM COUNTY
MY COMMISSION EXP. JULY 27, 2013
01SA4896839

{NY159869.1}                                5