Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Facsimile:  (212) 999-5899
tklausner@wsgr.com

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYDER, | |
| Plaintiff, | |
| v. | No. 7:12-cv-6875 (CS) |
| TRUE VALUE HARDWARE, INC., ET AL. | ECF CASE |
| Defendants. | **AMENDED RULE 7.1 DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Microchip Technology Inc. hereby submits this Amended Disclosure Statement:

1.  Microchip Technology Inc. has no parent corporation.

2.  MFS Investment Management, a wholly-owned subsidiary of Sun Life Financial Inc., owns 10.1% of Microchip Technology Inc.'s stock.

Dated:  New York, New York
   November 5, 2012      Respectfully submitted,

                 /s Tonia Ouellette Klausner
                Tonia Ouellette Klausner
                WILSON SONSINI GOODRICH & ROSATI, PC
                1301 Avenue of the Americas, 40th Floor
                New York, New York 10019
                Telephone:  (212) 497-7700
                Facsimile:  (212) 999-5899
                tklausner@wsgr.com

                *Attorney for Defendant Microchip Technology Inc.*