# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
ATTORNEYS AT LAW

www.mooclaw.com

ELMSFORD OFFICE
530 Saw Mill River Road
Elmsford, NY 10523
(914) 345-3701 Fax: (914) 345-3743

James M. Skelly
Member NY Bar
jmskelly@mooclaw.com

November 7, 2012

**VIA ECF**

Honorable Justice Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street - Courtroom 621
White Plains, New York 10601-4150

Re: **Chris Ryder v. True Value Hardware, Inc. et al.**
Docket No. : 12-cv-06875-CS
Our File No. : 447.94520
Date of Loss : March 6, 2012

Dear Justice Seibel:

We represent defendant, EME Nevada, Inc., in the above-captioned matter. We respectfully submit this letter in order to state EME Nevada, Inc.'s position with respect to the pre-motion conference requested by Microchip Technology, Inc. seeking permission to file a Motion for Summary Judgment.

EME Nevada, Inc. takes the position that the chip in question is not a counterfeit chip in that, in fact, it was supplied to EME Nevada, Inc. for one of its sister companies by Microchip authorized distributors. Prior to September 2009, the chips were supplied by Avnet Technology HK Ltd. From June 2010 to August 2010, the chips were provided by YEL Electronics Hong Kong Ltd. and from September 2010 to present, the chips were supplied by Excelpoint Systems (H.K.) Limited. All three of these entities are authorized distributors of Microchip products.

Accordingly, the relief requested by Microchip Technology, Inc. is premature in that discovery is necessary to establish whether, in fact, the chip in question was a Microchip product or whether or not any additional parties may need to be added to this litigation.

| Philadelphia | Pennsauken | Pittsburgh | Wilmington | Towson | New York |
| Pennsylvania | New Jersey | Pennsylvania | Delaware | Maryland | New York |

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
Honorable Justice Cathy Seibel
November 7, 2012
Page 2

      Accordingly, we respectfully request that Microchip Technology, Inc.'s application to file an early dispositive motion be denied.

                                              Respectfully requested,

                                              MARKS, O'NEILL, O'BRIEN
                                                 &COURTNEY, P.C.

                                         By: _____
                                                   James M. Skelly

JMS:ma

cc:      Chris Ryder
            Box 4702
            Glenville, Connecticut 06831

            David A. Glazer, Esq.
            Shafer Glazer, LLP
            90 John Street - Suite 701
            New York, New York 10038-3202
            File No.: 229-00132

            Tonia Maria Ouellette Klausner, Esq.
            Wilson Sonsini Goodrich & Rosati
            1301 Avenue of The Americas - 40th Floor
            New York, New York 10019-6022

            Beth Dana Simon, Esq.
            Anderson Kill & Olick, P.C.
            1251 Avenue of the Americas
            New York, New York 10020