MEMO ENDORSED

**WSGR  Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

November 5, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/12

**BY FAX**
Hon. Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street, Room 621
White Plains, NY 10601-4150

Re:   *Ryder v. True Value Hardware, Inc. et al.*, No. 7:12-cv-06875 (CS)

Dear Judge Seibel:

On behalf of Defendant Microchip Technology Inc. ("Microchip"), we have requested a pre-motion conference so that Microchip may move to dismiss Plaintiff's claims with respect to Microchip for failure to state a claim upon which relief can be granted. As explained in our letter of October 8, 2012, each claim against Microchip is premised on Microchip's having manufactured the subject unit's primary operating chip, but the Complaint itself specifically alleges that the defective chip was likely a counterfeit. The requested pre-motion conference has been scheduled by Your Honor for November 14.

On October 4, Defendant Lux Products, Inc. ("Lux") filed a cross-claim against Microchip and other co-Defendants that is entirely derivative of Plaintiff's underlying claims as stated in the Complaint. Lux Cross-Claim ¶ 1. Although we have yet to be served by Lux, we note that because its cross-claim is wholly contingent on Plaintiff having stated a claim, it is subject to dismissal as to Microchip for the same reasons as stated in our October 8 letter. Therefore, we respectfully request that the November 14 pre-motion conference incorporate discussion regarding Lux's cross-claim in addition to Plaintiff's Complaint.

Application Granted / Denied  *Lux to state its position by letter not to exceed 3 pages by 11/9/12.*
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 11/5/12

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Tonia Ouellette Klausner /tok*

Tonia Ouellette Klausner

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Hon. Cathy Seibel
November 5, 2012
Page 2

cc:  Mr. Chris Ryder, pro se
     All counsel of record
       (both by fax and U.S. Mail)



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

**Date:** 2012-11-05 08:56:39 PST

**Fax:** 19143904278

**From:** Almeida, Lee Ann

**Fax Contains:** pages *(including this sheet)*. If incomplete, please contact sender.

**Subject: Deliver to Hon. Seibel**

**See attached.**
**This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.**

**Austin**
900 South Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Ph 512-338-5400
Fx 512-338-5499

**Brussels**
Bastion Tower, Level 21
5 Place du Champ de Mars
B-1050, Brussels, Belgium
Ph +32 (0)2 274 57 00
Fx +32 (0)2 274 57 99

**Georgetown, DE**
Eight West Laurel Street
Georgetown, DE 19947
Ph 302-856-4235
Fx 866-974-7329

**Hong Kong**
Unit 1001
10/F Henley Building
5 Queen's Road Central
Hong Kong
Ph +852 3972 4955
Fx +852 3972 4999

**New York**
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Ph 212-999-5800
Fx 212-999-5899

**Palo Alto**
650 Page Mill Road
Palo Alto, CA 94304-1050
Ph 650-493-9300
Fx 650-493-6811

**San Diego**
12235 El Camino Real
Suite 200
San Diego, CA 92130-3002
Ph 858-350-2300
Fx 858-350-2399

**San Francisco**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Ph 415-947-2000
Fx 415-947-2099

**Seattle**
701 Fifth Avenue
Suite 5100
Seattle, WA 98104-7036
Ph 206-883-2500
Fx 206-883-2699

**Shanghai**
Jin Mao Tower
38F, Unit 01
88 Century Boulevard
Pudong, Shanghai 200121
People's Republic of China
Ph +86 21 6165 1700
Fx +86 21 6165 1799

**Washington, DC**
1700 K Street NW, Fifth Floor
Washington, DC 20006-3817
Ph 202-973-8800
Fx 202-973-8899

This fax may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited.
If you are not the intended recipient please contact the sender and destroy all copies.

"Entire Transmission Copyright © 2012 Wilson Sonsini Goodrich & Rosati. All Rights Reserved."

6055025.1.rtf (532)

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

**Date:** November 5, 2012

**To:** Hon. Cathy Seibel          **Fax:** 914-390-4278          ☐ Use this fax number only

**Company:** United States District Court - SDNY    **Phone:** 914-390-4271    ☐ Notify recipient before sending

**CC:** Chris Ryder               **Fax:** 202-318-4050
   David A. Glazer, Esq.                646-435-9434
   James Michael Skelly, Esq.           914-345-3743
   Beth Dana Simon                     212-278-1733

---

**From:** Tonia Ouellette Klausner    **Phone:** 212-497-7706    **Return Fax:** 212-999-5899

**Original:** ☐ To follow via mail    ☐ To follow via courier    ☐ To follow via email    ☐ Original will not follow

**Fax Contains:** _4_ pages *(including this sheet).* If incomplete, call 212-497-7720.

**Message:**

*Re: Ryder v. True Value Hardware, Inc. et al.*, No. 7:12-cv-06875 (CS)

Please see attached.

---

**Ref:** 15286.518          Return Original to:                    Location:

1301 Avenue of the Americas, New York, NY 10019 • 212.999.5800 Tel • 212.999.5899 Fax • www.wsgr.com

This fax may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and destroy all copies.

Entire Transmission Copyright © 2003 Wilson Sonsini Goodrich & Rosati. All Rights Reserved.