UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRIS RYDER, an individual,

                Plaintiff(s),          Civil Action Number:
                                                   12CV-06875-CS

    -against-

                                          **RULE 7.1 STATEMENT**

TRUE VALUE HARDWARE, INC., TRUE VALUE
HARDWARE COMPANY, NATIONAL, LUX          Judge:  Hon. Cathy Seibel,
PRODUCTS, INC., VILLAGE HARDWARE, INC.,    U.S.D.J.
C.P.C. LOGISTICS, INC., ORBIT/EME
MANUFACTURING, INC., PENSKE TRUCK
LEASING, INC., MICROCHIP TECHNOLOGY, INC.
and TRUE VALUE DISTRIBUTION, INC.,

                Defendant(s).
-------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for C.P.C. LOGISTICS, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:   November 16, 2012

                                            Yours etc.,

                                            LAW OFFICES OF
                                            ALAN I. LAMER


                              By:___s/_____
                                 Lisa L. Gollihue (9212)
                                 Lisa.gollihue@chartisinsurance.com
                                 Attorneys for Defendant
                                 C.P.C. LOGISTICS, INC.
                                 555 Taxter Road
                                 Elmsford, New York 10523
                                 (914) 785-5300
                                 Our File #: NYTT- 09555