UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRIS RYDER, *Pro Se*,

                          Plaintiff,

- against -

TRUE VALUE HARDWARE, INC.; TRUE VALUE HARDWARE COMPANY, NATIONAL; LUX PRODUCTS, INC.; VILLAGE HARDWARE, INC.; C.P.C. LOGISTICS, INC.; ORBIT/EME MANUFACTURING, INC.; PENSKE TRUCK LEASING, INC.; MICROCHIP TECHNOLOGY, INC.; and TRUE VALUE DISTRIBUTION, INC.,

                          Defendants.

12-CV-6875 (CS)

**ORDER**

---

Seibel, J.

      The Complaint in this action indicates, and at a conference before this Court on November 14, 2012 the parties confirmed, that Defendants are not all residents of New York and the events giving rise to Plaintiff's claims occurred in large part in Southampton, New York and Easthampton, New York. Accordingly, venue is not proper in the Southern District of New York, and the case should be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1406.

**SO ORDERED.**

Dated: November 14, 2012
       White Plains, New York

                                         _____
                                         CATHY SEIBEL, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-12